IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHELLE CHAMBERLAIN,

                Plaintiff,

    V.

AMERICAN INCOME LIFE INSURANCE COMPANY,

                Defendant.

6:14-cv-01233-TC

JUDGMENT

This action is dismissed with prejudice and without costs or fees to either party.

Dated this 5th day of February 2015.

                Mary L. Moran, Clerk of Court

                by: s/P. Bruch_____
                    Paul Bruch, Deputy Clerk